IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ERIC BUCHANAN, | ) | Case No. |
| Petitioner, | ) | |
| | ) | Related Criminal Case: CR28-23-6840 |
| v. | ) | CR28-24-1747 |
| JAIL BUREUA CAPTAIN OF | ) | PETITION FOR WRIT OF |
| KOOTENAI COUNTY JAIL, | ) | HABEAS CORPUS |
| or STATE OF IDAHO | ) | |
| Respondent. | ) | |
| | ] | Dept.: _____ |

**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS**

**PURSUANT TO 28 U.S.C. § 2241**

(Seeking Immediate Release Due to Federal Constitutional Violations)

**COMES NOW** Petitioner, Eric Ramon Buchanan, sui juris, a private individual domiciled in the State of Washington, and respectfully petitions this Honorable Court for a Writ of Habeas Corpus pursuant to **28 U.S.C. § 2241(c)(3)**, commanding immediate release from unlawful custody in violation of the Constitution and laws of the United States, and states as follows:

### I. JURISDICTION & VENUE

This Court has jurisdiction under **28 U.S.C. § 2241(c)(3)** to issue writs of habeas corpus for persons "in custody in violation of the Constitution or laws of the United States."

Petition For Writ Of Habeas Corpus                                                                                      1

1. Venue is proper under **28 U.S.C. § 2241(d)** because Petitioner is presently detained in this District, at the Kootenai County Jail, 5500 N. Government Way, Coeur d'Alene, Idaho.

## II. PARTIES

3. **Petitioner** is Eric Ramon Buchanan, sui juris, a private man, domiciled in the Washington Republic, currently detained by Respondents.

4. **Respondents** are the Sheriff or Warden of Kootenai County Jail, and the State of Idaho by its agents, who have custody of Petitioner.

## III. FACTUAL GROUNDS FOR RELIEF

5. Petitioner stands convicted under Idaho Case Nos. **CR28-24-1747 and CR28-23-6840**, on charges tainted by systemic constitutional violations, including:

    - **Warrantless GPS tracking of Petitioner's vehicle without judicial authorization**, in violation of the Fourth Amendment.

    - **Fabricated probable cause**: false pretextual traffic stop claimed on "no blinker use," contradicted by dashcam video unlawfully suppressed by the State.

    - **Warrantless search of Petitioner's locked vehicle**, with no valid canine alert report or supporting evidence, violating the Fourth and Fourteenth Amendments.

- o **Use of coerced testimony from Allison Kimber**, charged two years later and six days before trial, then granted use immunity four days before trial, manufacturing a conspiracy in violation of due process and the plurality rule under federal conspiracy law (*United States v. Escobar de Bright*, 742 F.2d 1196 (9th Cir. 1984)).

- o **Improper jury instructions** introducing "aid and abet" language not in the original charge, with no instruction requiring independent corroboration of co-conspirator testimony, violating the Sixth and Fourteenth Amendments.

- o **Suppression of exculpatory dashcam and bodycam evidence** in direct violation of *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972).

- o **Conflict of interest** by the prosecuting attorney and judicial officers, who were simultaneously defendants in Petitioner's related federal civil rights case (**Case No. 2:24-cv-00187-BLW-REP**), yet failed to recuse, violating fundamental due process and the right to an impartial tribunal.

6. Petitioner filed a **Verified Petition for Removal** under 28 U.S.C. §§ 1443 & 1455, seeking federal jurisdiction over these matters due to systematic deprivation of federally protected rights.

7. Despite these federal constitutional deprivations, Petitioner remains in custody awaiting imminent sentencing on or about **July 28, 2025**, facing 5–25 years of imprisonment under a fundamentally defective conviction.

8. Continued detention constitutes **custody in violation of the Constitution and laws of the United States**, justifying immediate relief under **28 U.S.C. § 2241(c)(3)**.

## IV. CLAIM FOR RELIEF

**WHEREFORE**, Petitioner respectfully requests that this Court:

1. **Issue a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241(c)(3)**, commanding the Sheriff of Kootenai County Jail and the State of Idaho to immediately release Petitioner from unconstitutional custody;

2. In the alternative, **issue an Order to Show Cause directing Respondents to appear and justify the legality of Petitioner's continued detention under federal constitutional standards;**

3. **Stay all further state proceedings**, including sentencing set for July 28, 2025, pending this Court's resolution of the pending removal petition and related federal civil rights claims;

4. **Grant such other and further relief as this Court deems just and proper in law or equity to secure the protections of the Fourth, Fifth, Sixth, and Fourteenth Amendments.**

## V. VERIFICATION

I, Eric Ramon Buchanan, sui juris, declare under penalty of perjury under the laws of the united States of America that the foregoing is true, correct, and complete to the best of my firsthand knowledge, belief, and understanding.

Petition For Writ Of Habeas Corpus                                                                                   4

Respectfully submitted,

*[signature]*

Eric Buchanan

Petitioner, sui juris



## NOTORIAL JURAT

COUNTY OF KOOTENAI  )

                        SS )

STATE OF IDAHO      )

On this 3rd day of July, 2025, Eric Buchanan did personally appear before me, identified by (form of identification) and did take and Oath and stated the above statements are true and correct to the best of his knowledge and belief. Subscribed by me the below identified Notary Public in and for the State of Idaho, on the date first above written.

*[signature: Shanna M Taylor]*     {Seal}

(Name of Notary)

My Commission ends  6-17-2028

*[Notary seal: SHANNA M TAYLOR, NOTARY PUBLIC, MY COMMISSION EXPIRES 6-17-2028, STATE OF IDAHO, COMMISSION NUMBER 20223039]*

Petition For Writ Of Habeas Corpus                                            5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Eric Ramon Buchanan, Sui Juris, ] | Case No. _____ |
|        Petitioner, ] | |
| v. ] | ORDER TO SHOW CAUSE |
| Sheriff of Kootenai County Jail, ] | AND TEMPORARY STAY |
| STATE OF IDAHO, ] | REGARDING PETITION FOR |
|        Respondents. ] | WRIT OF HABEAS CORPUS |
| _____] | |

**Order To Show Cause And Temporary Stay Regarding Petition For Writ Of Habeas Corpus**

Upon review of the **Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241** filed by Petitioner, Eric Ramon Buchanan, asserting continued detention in violation of the Constitution and laws of the United States, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Respondents, including the Sheriff of Kootenai County Jail and the State of Idaho by its appropriate officers, shall appear before this Court on the ____ day of _____, 2025, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, to **show cause why the writ should not issue commanding immediate release of Petitioner from custody.**

2. Pending such hearing and resolution of the Petition, all further state proceedings in Idaho Case Nos. CR28-24-1747 and CR28-23-6840, including sentencing scheduled for July 28, 2025, are hereby STAYED.

3. **Respondents shall file a written return addressing the constitutional grounds set forth in the Petition no later than _____ days from the date of this Order.**

4. The Clerk of this Court is directed to serve copies of this Order upon the Sheriff of Kootenai County Jail at 5500 N. Government Way, Coeur d'Alene, Idaho 83815, the Office of the Kootenai County Prosecutor, and the Office of the Idaho Attorney General.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF IDAHO