U.S. COURTS

JUL 18 2025

Rcvd_____ Filed_____ Time 3:10pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF IDAHO

| | |
|---|---|
| ERIC RAMON BUCHANAN,<br><br>                              Petitioner,<br><br>vs.<br><br>OFFICER CASEY ZIEGLER, OFFICER MATTHEW EDWARDS, PROSECUTYIN ATTONRY MOLLY NIVISON, CAPTAIN JEREMY HYLE, MATTHEW SYCHIA,<br><br>                              Respondents. | ~~Case No. CR28-24-41747~~<br>~~Cv28-23-6040~~<br><br>AFFIDAVIT OF SERVICE<br><br>CASE NO.<br>2:25-CV-00369-REP |

I, ___SHANE KING___, certify and state:

I am over the age of 18 years, and I am not a party to this case nor an employee of a party to this case.

On ___7/16/2025___, I served true and correct copies of the Summons, Motion to Stay of State Proceedings Pending Resolution of Removal Petition and Federal Civil Rights Claims, & Order to Show Cause and Temporary Stay Regarding Petition for Habeas Corpus.

Personal delivery to Sherry Milsap for Captain Jeremy Hyle on 7/16/2025 at 5500 N. Government Way, Coeur d Alene, Idaho 83814.

**CERTIFICATION UNDER PENALTY OF PERJURY**

I certify under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Date: ___7/17/2025___

SHANE KING
Typed/printed name

_/s/ (signature)_
Signature of Process Serve

1